UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND,
LOCAL 210 DENTAL FUND and LOCAL 210
PENSION FUND,

        Plaintiff,

 -against-

PERFECTO DISTRIBUTORS, LLC. d/b/a PERFECTO
DISTRIBUTORS, INC.
        Defendants.
-------------------------------------------------------------X

08 CV 3253
JUDGE CEDARBAUM

**RULE 7.1 STATEMENT**

**DOCKET NO.**

[FILED APR 01 2008 U.S.D.C. S.D.N.Y. CASHIERS]

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Local 210 Health and Insurance Fund ("Health Fund"),Local 210 Dental Fund ("Dental Fund"), and  Local 210 Pension Fund, ("Pension Fund"), certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      NONE.

Dated: New York, New York
   March 27, 2008

           RAAB, STURM,GOLDMAN & GANCHROW, LLP

         BY: _____
           IRA A. STURM (IAS-2042)
           Attorney for Plaintiffs
           317 Madison Avenue, Suite 1708
           New York, New York 10017
           Tel. (212) 683-6699
           Fax (212) 779-8596