# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08CV3253

Date Filed: 4/1/2008

Plaintiff:
**Local 210 Health and Insurance Fund, Local 210 Dental Fund and Local 210 Pension Fund**

vs.

Defendant:
**Perfecto Distributors, LLC d/b/a Perfecto Distributors, Inc.,**

Received these papers to be served on **Perfecto Distributors LLC d/b/a Perfecto Distributors, Inc., 36 Midland Avenue, Port Chester, NY 10573**.

I, John Lepore, being duly sworn, depose and say that on the **22nd day of April, 2008** at **9:30 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action and Complaint** upon **Keith Levinson** as **Managing Agent** for **Perfecto Distributors LLC**, at the address of **36 Midland Avenue, Port Chester, NY 10573**, said individual stated that she/he was authorized to accept legal process.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: White,  Height: 5'9",  Weight: 170,  Hair: Brown,  Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 23rd day of April, 2008

NOTARY PUBLIC

ELLEN (illegible)
Notary Public, State of New York
No. 01EA5085859
Qualified in Westchester County
Commission Expires Sept 29 (illegible)

John Lepore
Process Server

Our Job Serial Number: 2008003313

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c