```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 6/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LOCAL 210 HEALTH AND INSURANCE FUND,
LOCAL 210 DENTAL FUND & LOCAL 210
PENSION FUND,

        Plaintiffs,

    -against-

PERFECTO DISTRIBUTORS, LLC d/b/a
PERFECTO DISTRIBUTORS, INC.,

        Defendant.

------------------------------------x

08 Civ. 3253 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    It appears that defendant has been served and has not answered the complaint. (See Dkt. No. 6: Aff. of Service on 4/22/08.) Plaintiff is to move for a default judgment by June 18, 2008.

    SO ORDERED.

Dated:    New York, New York
           June 4, 2008

                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by fax & ECF** to:    Ira A. Sturm, Esq.
                                    Judge Barbara S. Jones

C:\OPIN\