UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 PENSION FUND, LOCAL 210 :
SCHOLARSHIP AND EDUCATION FUND, :
AND LOCAL 210 ANNUITY FUND, :
: **AFFIDAVIT OF SERVICE**
Plaintiffs, :
-against- : DOCKET NO. 08-CV-3253
: (BSJ)(AJP)
PERFECTO DISTRIBUTORS LLC :
:
Defendant. :
------------------------------------------------------------X

STATE OF NEW YORK   )
                    )ss:
COUNTY OF NEW YORK  )

Nancy Rivera, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Kearny, New Jersey.

On June 13, 2008, I served a true copy of Affidavit in Support of Default with Exhibits (A thru G) by mailing the same, via first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Perfecto Distributors, Inc.          Perfecto Distributors, Inc
36 Midland Avenue                    1 Elm Street
Port Chester, NY 10573               Ardsley, NY 10502

_____
Nancy Rivera

Sworn to before me this
13th Day of June, 2008

_____
NOTARY PUBLIC

IRA A. STURM
Notary Public, State of New York
No. 30-4722707
Qualified in Nassau County
Commission Expires March 30, 2010