UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 DENTAL FUND & LOCAL 210
PENSION FUND, :

         Plaintiffs, :

    -against- :

PERFECTO DISTRIBUTORS, LLC d/b/a :
Perfecto Distributors, Inc.,
                                 :
         Defendant.
                                 :
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/19/08

08 Civ. 3253 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    Upon a quick review of plaintiffs' inquest papers, it appears that plaintiffs now seek unpaid amounts due to the Funds of $64,320, while the complaint sought delinquency damages of only $20,832. The case law is clear that on a default, plaintiffs cannot obtain more than the amount in the complaint.

    Plaintiffs are to either file an amended complaint by <u>June 26, 2008</u> and promptly (within 10 days) serve it on defendant, or be limited to recovery of $20,832 on its first cause of action (plus injunctive relief, and statutory damages and interest pursuant to the second cause of action).

    SO ORDERED.

Dated:     New York, New York
           June 19, 2008

                                          **Andrew J. Peck**
                                        United States Magistrate Judge

Copies **by fax & ECF** to:     Ira A. Sturm, Esq.
                                    Judge Barbara S. Jones

C:\OPIN\