UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 PENSION FUND, LOCAL 210 :
SCHOLARSHIP AND EDUCATION FUND, :
AND LOCAL 210 ANNUITY FUND, :
:
                                Plaintiffs, :
:
    -against- :
:
PERFECTO DISTRIBUTORS LLC :
:
                                Defendant. :
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

DOCKET NO. 08-CV-3253
              (BSJ)(AJP)

STATE OF NEW YORK    )
                              )ss:
COUNTY OF NEW YORK  )

        Nancy Rivera, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Kearny, New Jersey.

        On June 20, 2008, I served a true copy of Amended Complaint by mailing the same, via first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Perfecto Distributors, Inc.           Perfecto Distributors, Inc
36 Midland Avenue                  1 Elm Street
Port Chester, NY 10573            Ardsley, NY 10502

                                                                       Nancy Rivera

Sworn to before me this
20th Day of June, 2008

_____
NOTARY PUBLIC

       IRA A. STURM
Notary Public, State of New York
      No. 30-4722707
  Qualified in Nassau County
Commission Expires March 30, 2010