| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br><br>LOCAL 210 HEALTH AND INSURANCE FUND,<br>et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>PERFECTO DISTRIBUTORS, LLC d/b/a Perfecto<br>Distributors, Inc.,<br><br>      Defendant.<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 6/24/08<br><br><br>08 Civ. 3253 (BSJ) (AJP)<br><br>**ORDER** |

**ANDREW J. PECK, United States Magistrate Judge:**

  Plaintiff served its amended complaint by mail (see Dkt. No. 13); personal service is necessary pursuant to Fed. R. Civ. P. 4 and is to be done by June 30, 2008. If defendants do not answer or otherwise appear, plaintiff is to move for a default judgment by July 30, 2008. The pending motion for a default judgment (Dkt. No. 8) is denied without prejudice.

  Plaintiff is to serve this order on defendants.

  SO ORDERED.

Dated:  New York, New York
     June 24, 2008

                   Andrew J. Peck
                 United States Magistrate Judge

Copies **by fax & ECF** to:  Ira A. Sturm, Esq.
              Judge Barbara S. Jones

C:\OPIN\