# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08-CV-3253 (BSJ)(AJP)

Date Filed: 6/23/2008

Plaintiff:
**Local 210 Health and Insurance Fund, Local 210 Dental Fund and
Local 210 Pension Fund**

vs.

Defendant:
**Perfecto Distributors, LLC d/b/a Perfecto Distributors, Inc.**

Received these papers to be served on **Perfecto Distributor, LLC d/b/a Perfecto Distributors, Inc., 6 Midland Avenue, Port Chester, NY 10573**.

I, John Lepore, being duly sworn, depose and say that on the **30th day of June, 2008** at **9:46 am, I:**

served a **CORPORATION** by delivering a true copy of the **Amended Complaint** upon **Jane Doe, Refused To Give Name** as **Managing Agent** for **Perfecto Distributor, LLC**, at the address of **6 Midland Avenue, Port Chester, NY 10573**, said individual stated that she/he was authorized to accept legal process.

**Description** of Person Served:  Age: 50,  Sex: F,  Race/Skin Color: White,  Height: 5'3",  Weight: 130,  Hair: Brown, Glasses: Y

State of New York, County of Westchester, ss: I certify that the above information is accurate and true.  I am not a party to the action, am over the age of 18 and reside in the State of New York.

_John Lepore_
John Lepore
Process Server

Sworn to before me on the 1st day of July, 2008

NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 20__

Our Job Serial Number: 2008005298

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c