UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 DENTAL FUND & LOCAL 210
PENSION FUND, :

             Plaintiffs, :

       -against- :

PERFECTO DISTRIBUTORS, LLC d/b/a :
PERFECTO DISTRIBUTORS, INC.,

             Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___7/31/08___

08 Civ. 3253 (BSJ) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:     New York, New York
           July 31, 2008

                                  _____
                                  **Andrew J. Peck**
                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Ira A. Sturm, Esq.
                            Perfecto Distributors, LLC
                            Judge Barbara S. Jones

C:\ORD\Dismiss.AJP

# RAAB, STURM, GOLDMAN & GANCHROW, LLP

## COUNSELORS AT LAW

317 MADISON AVENUE, SUITE 1708

NEW YORK, N.Y. 10017

(212) 683-6699

FAX (212) 779-8596

RONALD RAAB*
IRA A. STURM**
RONALD A. GOLDMAN
ARI D. GANCHROW*

---

** ADMITTED NY AND FLA
*ADMITTED IN NY AND NJ
**ADMITTED IN NY AND CT

MAURA E. BREEN**
MICHAEL GEFFNER
NANCY STRASFELD*



RECEIVED
JUL 3 1 2008
CHAMBERS OF
ANDREW J PECK

July 31, 2008

By Facsimile:212-805-7933
The Honorable Magistrate Judge Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007

Re:    Local 210 Health Plan, et al. v. Perfecto Distributors LLC.
       S.D.N.Y. Docket Number 08-CV-3253 (BSJ)(AJP)


Dear Magistrate Peck,

        This will confirm that the above matter has been concluded with the parties reaching a
settlement of the claims. It is respectfully requested that the Court dismiss the action, without
costs to either party.

                                            Respectfully submitted,

                                            Ira A. Sturm
                                            Attorney for Plaintifffs
                                            (IS-2042)


cc: Perfecto Distributors, LLC.
        By Facsimile: 914-693-1300